IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.          CASE NO. 4:07cr00195-01 JMM

GIANFRANCO PISANI

AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on January 8, 2008 (docket entry #35), is amended to correct a clerical error. Page 6 should include the forfeiture of any property used or intended to be used to commit and to promote the commission of the offense, including but not limited to one Dell Inspiron 630M, Serial Number 26641418725 and one Nikon Cool Pix 4500 digital camera with a 16mb flashcard.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the financial section of the Clerk's office.

IT IS SO ORDERED this 11th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE